KOWAN *v.* CALIFORNIA.

No. 1268.   Decided June 2, 1969.

*Gladys Towles Root* and *Kirkpatrick W. Dilling* for appellant.

*Roger Arnebergh, Philip E. Grey,* and *Michael T. Sauer* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.